| | |
|---|---|
| 1 | GARCIA, SCHNAYERSON & THOMPSON |
| | ATTORNEYS AT LAW |
| 2 | 225 West Winton Avenue |
| | Suite 208 |
| 3 | Hayward, California 94544 |
| | Telephone: (510) 887-7445 |
| 4 | |
| 5 | |
| | PHILIP A. SCHNAYERSON (CSBN 41825) |
| 6 | Attorney for Defendant |
| | THO HUY DOAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR. 14-cr-00313-BLF-1 |
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) TRAVEL ORDER |
| THO HUY DOAN, | |
| Defendant. | |
| _____/ | |

Defendant, Tho Huy Doan, has requested permission to travel to Las Vegas on December 14, 2014, returning December 16, 2014. Assistant United States Attorney, Richard C. Cheng, and Ladreena Walton of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection. Mr. Doan has provided Pretrial Services with the information as to his travel and accommodations while in Las Vegas.

SO STIPULATED:

Dated: December 3, 2014        /s/
_____  PHILIP A. SCHNAYERSON
                           Attorney for Defendant
                           THO HUY DOAN

Dated: December 3, 2014

/s/
RICHARD C. CHENG
Assistant United States Attorney

ORDER

**IT IS HEREBY ORDERED** that the defendant be permitted to travel to Las Vegas, leaving on December 14, 2014, returning on December 16, 2014, provided that he inform Pre-trial Services of the specific information pertaining to his travel itinerary and accommodations.

Dated: 12/4/14

UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE
HOWARD R. LLOYD

STIPULATION AND (PROPOSED) TRAVEL ORDER
U.S. v. Doan 5:14-cr-00313-BLF-1                    2