GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
THO HUY DOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THO HUY DOAN,

    Defendant.
                         /

CR. 14-cr-00313-BLF-1

STIPULATION AND
~~(PROPOSED)~~
TRAVEL ORDER

    Defendant, Tho Huy Doan, has requested permission to travel to Anaheim, California on April 18, 2015, returning April 20, 2015. Assistant United States Attorney, Richard C. Cheng, and Ladreena Walton of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection. Mr. Doan has provided Pretrial Services with the information as to his travel and accommodations while in Anaheim.

SO STIPULATED:

Dated: April 9, 2015          /s/
                                      PHILIP A. SCHNAYERSON
                                      Attorney for Defendant
                                      THO HUY DOAN

Dated: April 9, 2015

/s/
RICHARD C. CHENG
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the defendant be permitted to travel to Anaheim, California leaving on April 18, 2015, returning on April 20, 2015, provided that he inform Pre-trial Services of the specific information pertaining to his travel itinerary and accommodations.

Dated: 4/9/15

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate